IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Cases No. 3:10-00074, 3:12-00121, 3:12-00224 |
| | ) Chief Judge Haynes |
| JONATHAN BAXTER | ) |

MOTION TO CONTINUE SENTENCING HEARING

Jonathan Baxter, through undersigned counsel, moves to reschedule the sentencing hearing in this matter currently scheduled for September 6, 2013. In support of this motion counsel would state and show that counsel was only able to meet with Mr. Baxter this week to review the presentence report in his cases. Because of that, defendant's objections to the report have only just been communicated to the probation officer who prepared the report. Counsel believes that the requested corrections and/or additions can be resolved between the parties, but there is little time to get the report corrected before it is to be sent to the court. In addition, in reviewing the presentence report with Mr. Baxter, counsel became aware of a number of issues related to Mr. Baxter's cases that have not been resolved and which Mr. Baxter has asked counsel to investigate. Counsel has discussed the requested continuance with Assistant United States Attorney William L. Deneke who advises that he has no objection to the requested continuance. Based on what Mr. Baxter has requested, counsel moves the Court to re-set this matter for Friday, November 8, 2013.